May 12, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

## IN RE EDMOND LINDELL BAKER, JR., Relator

NO. 14-15-00421-CV

_____

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 64372**

_____

This Court has reviewed the petition for writ of habeas corpus of relator, Edmond Lindell Baker, Jr. This Court holds that relator, Edmond Lindell Baker, Jr., has demonstrated that the commitment order signed on May 1, 2015, by the Honorable Randall Huffstetler, presiding judge of the 300th District Court, Brazoria County, Texas, in Cause No. 64372, is void. Therefore, this Court grants relator's petition for writ of habeas corpus, and vacates the commitment order dated May 1, 2015 issued by the 300th District Court, Harris County, Texas, in Cause No. 64372.

We therefore order the Clerk of this Court to issue a writ of habeas corpus to the Sheriff of Brazoria County, Texas, ordering that relator be discharged from custody.